## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Criminal No.  05-387 (RWR)** |
| **v.** | : | |
| | : | |
| **ADALBERTO FLORES,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Upon consideration of the defendant's motion for discovery pursuant to rule 16 and 26.2,

and the government's response thereto, it is this

_____ day of _____, 2006, hereby

**ORDERED** that the defendant's motion is DENIED.

_____
RICHARD W. ROBERTS
United States District Judge

Copies to:
Steven B. Wasserman, AUSA
James Rudasill, Esq.
Luiz Simmons, Esq.