UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Case No. 05-387 (RWR) |
| | : | |
| ADALBERTO MEJIA FLORES, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF FILING

The government requests that the attached letter, dated February 15, 2006, be made part of the record in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____
STEVEN B. WASSERMAN
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 453-251
FEDERAL MAJOR CRIMES SECTION
(202) 307-0031

### Certificate of Service

I hereby certify that I caused a copy of the Notice of Filing to be served upon counsel for the defendant, James Rudasill, Jr., Esq., this 15th day of February, 2006.

_____
STEVEN B. WASSERMAN
Assistant United States Attorney