

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*

*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 15, 2006

**By Federal Express**

James Rudasill, Jr., Esq.
717 D Street, NW, Suite 310
Washington, DC  20004

          Re:    <u>United States v. Alfredo Medina, et al.</u>
                  Case No. 05-387

Dear Mr. Rudasill:

      Pursuant to the court's order on February 13, 2006, enclosed please find a copy of the Jointly Proposed Voir Dire, Statement of the Case, Jury Instructions, and Verdict Form.  Please advise me of whether you have any objections, modifications, or additions to the attached pleading in accordance with the court's scheduling order.  As you are aware, we are required to submit joint instructions by February 28, 2006.

      Please contact me at 202-307-0031 if you have any questions or concerns.  In order to communicate by fax, my number is 202-353-9414.

                                        Sincerely,

                                        _____

                                        STEVEN B. WASSERMAN
                                        Assistant United States Attorney

Attachments
cc: District Court without attachments