**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

FEB 16 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 05-387-2 (RWR) |
| | ) |
| ADALBERTO MEJIA FLORES | ) |
| | ) |
| Defendant. | ) |
| | ) |

## PRETRIAL ORDER

Trial in this case shall begin on March 6, 2006 at 9:15 a.m. In order to administer the trial in this criminal case as efficiently as possible, it is hereby

ORDERED that on or before 4:00 p.m. on February 16, 2006, counsel for the government shall prepare and serve on defense counsel the following trial materials: proposed voir dire, the full text (not simply citations to standard jury instruction books) of proposed preliminary jury instructions to be read by the Court at the start of the trial and proposed final jury instructions, and a proposed verdict form.  It is further:

ORDERED that on or before February 22, 2006, defense counsel shall serve on the government the defense's proposed voir dire and any other proposals regarding trial materials so that all counsel may jointly submit to the Court a single, agreed-upon version of the trial materials described in the foregoing paragraph.  It is further

- 2 -

ORDERED that counsel for all parties shall meet and confer in person regarding these materials and any and all further aspects of the case, and jointly submit to the Clerk and to Chambers by 4:00 p.m. on February 28, 2006, a single, agreed-upon set of the trial materials.  Counsel shall furnish the Chambers set of these materials printed in 12 point font either 1) on paper and on a 3½ inch 1.44 MB high density computer diskette compatible with Word Perfect Version 9.0 or higher, or 2) via e-mail to roberts_chambers@dcd.uscourts.gov.  Counsel are admonished NOT to use this e-mail address for ANY other purpose. It is further

ORDERED that if counsel cannot agree totally on a single, joint set of the foregoing trial materials, they shall jointly submit to the Clerk and to Chambers a single set of those trial materials on which they <u>do</u> agree and, in the same, format as is described in the previous paragraph, separately submit those proposed trial materials which remain in dispute.  It is further

ORDERED that counsel for all parties shall number their trial exhibits in advance of trial, and shall submit an exhibit list and witness list to the Clerk and to Chambers in the manner and by the date and time set forth above for the submission of the single, joint agreed-upon trial materials.  The exhibit list

-3 -

shall conform to the sample at Attachment A to this Order and
shall have the first two columns filled out.   It is further

ORDERED that **counse**l shal l observe at trial the procedures
**listed** in Attachment B.    It is further

ORDERED that in the event of a conviction, **all** sentencing
motions and sentencing memoranda must be filed no later than five
business days before the date of sentencing.

SIGNED this _15ᵗʰ_ day of February, 2006.

RICHARD W. ROBERTS
United States **District** Judge,

- 4 -

**ATTACHMENT  A**

UNITED  STATES  DISTRICT  COURT
FOR  THE  DISTRICT  OF  COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF  I  C, A | ) |
|  | ) |
| v. | ) |
|  | ) ) Criminal  Action  **No.** [ ] (RWR) |
|  | ) |
|  | ) |
| Defendant. | ) |
|  | ) |

**[GOVERNMENT'S/DEFENDANT'S]  EXHIBIT  LIST**

| No. | Description | Witness | Obj'n | Adm. |
|-----|-------------|---------|-------|------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

- 5 -

| No. | Description | Witness | Obj'n. | Adm. |
|-----|-------------|---------|--------|------|
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |
|     |             |         |        |      |

- 6 -

ATTACHMENT B

These procedures will be employed during jury **trials** before Judge Roberts:

1.  The "Arizona" method of jury selection will be used.
2.  Court will be in session from 9:15 a.m. through 5:00 or 5:15 p.m.  A **fifteen** minute break will be taken in the morning and **afternoon**, and an hour to an hour and a half will be allowed for lunch.
3.  If/counsel have any "housekeeping" matters to raise, they will be taken up at the end of each day after the jury is excused.
4.  Counsel are required to have a steady stream of witnesses ready at all times.
5.  All witnesses must be addressed by **Mr./Ms**. and their surname rather than by first name.
6.  **Examinations** must be conducted from the podium.  Counsel may roam **during** openings and closings, but may not get closer than **5 feet** to the jury box.  Counsel may not use **demonstrative** aids during opening statements **without** advance **notice to other** parties and permission from the Court.
7.  Side-bars are discouraged.  Counsel shall note any issue and bring it up at the next break.
8.  If **any** admitted exhibit cannot be displayed for all jurors to see at **once**, counsel must provide for every juror a conforming copy of the exhibit if counsel wants to publish the **exhibit** to the jury.
9.  Jurors will be allowed to take notes but not ask questions during trial.  Jurors may be given a printed copy of the jury instructions.
10. Counsel shall stand when making an objection.  Parties and counsel shall stand silently, in place, when the jury enters **and leaves** the courtroom.