

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20001*

February 24, 2006

**Via Federal Express**
James Rudasill, Jr., Esq.
717 D Street, NW, Suite 310
Washington, DC 20004

      Re:    <u>United States v. Alfredo Medina, et al.</u>, Case No. 05-387

Dear Mar. Rudasill:

      This letter is to advise you of potential impeachment information regarding two potential government witnesses, Romero Morales-Mendez and Michel Luna, who may be called to testify in the above-referenced case. Also enclosed are the remaining Jencks materials and additional items of discovery.

<u>Giglio Materials</u>

      Mr. Mendez entered into a cooperation plea agreement with the United States Attorney's Office in which he plead guilty to Distribution of 50 Grams or More of Cocaine Base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii). A copy of the plea agreement is enclosed. At this time the Government does not have a copy of the transcript of Mr. Mendez's plea proceeding, but will forward the transcript once it is completed. As part of the plea agreement, the Government agreed to dismiss at sentencing five additional counts against Mr. Mendez which also charged Distribution of 50 Grams or More of Cocaine Base. In addition, the Government has agreed to bring to the attention of the Court the nature and extent of Mr. Mendez's cooperation at the time of sentencing, and to file a motion for a downward departure in the event that he provides substantial assistance to the government.

      The Government is also aware that between August of 2005 and January 2006, Mr. Mendez has cooperated with law enforcement in various narcotics investigations, frequently in an undercover capacity, during which he has received payments of approximately $2,450 in order to cover expenses incurred during this period of his cooperation. Payments provided to Mr. Mendez for expenses included payments for vehicle expenses, cellular telephone charges, food, and rent.

      At present, the government is aware that Mr. Mendez has the following criminal conviction:

- Theft Less than $500 dated February 13, 2001, for which the sentence was Stet. Docket.

Michael Luna entered into a cooperation plea agreement with the United States Attorney's Office, in which he plead guilty in the above-referenced case to a criminal information charging Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(ii). A copy of the plea agreement and plea proceeding transcript are enclosed. As part of the plea agreement, the Government agreed to dismiss at sentencing the indictment against Mr. Luna. In addition, the Government has agreed to bring to the attention of the Court the nature and extent of Mr. Luna's cooperation at the time of sentencing, and to file a motion for a downward departure in the event that witness provides substantial assistance to the government.

The Government is not aware of any payments made by law enforcement to Mr. Luna. In addition, the Government is not aware of any additional criminal convictions against Mr. Luna.

Jencks and Discovery Materials

Enclosed are the following materials:

- Grand Jury Transcript of Inv. Steven Manley
- Audiotape copy of radio run
- Search warrant for three cellular telephones
- Phone records for phone numbers 410-212-5195, 602-403-9026, and 301-537-5272

As we previously discussed, the government intends to seek admission of the enclosed phone records pursuant to Fed. R. Evid. 902(11) and 803(6). I will forward to you the Declaration of Custodian of Records when it is received by my office. In addition, please be advised that I anticipate forwarding to you phone records related to one additional phone number. However, I have not yet received these records from the phone company, but anticipate receiving them shortly.

In the event that additional impeachment or discovery materials are obtained I will forward these materials to you promptly. Please contact me at 202-307-0031 if you have any questions or concerns.

Sincerely,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
STEVEN B. WASSERMAN
Assistant United States Attorney

Enclosures
cc: (District Court without attachments)