

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

---

*Judiciary Center*

*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 24, 2006

**Via Federal Express**

James Rudasill, Jr., Esq.
717 D Street, NW, Suite 310
Washington, DC  20004

                Re:     <u>United States v. Adalberto Flores</u>
                          Case No. 05-387

Dear Counsel:

      Enclosed please find copies of additional phone records and subscriber information that the government may seek to admit at trial.  Also enclosed are copies of two "Declarations of Custodian of Records."  The Declaration signed by Stacy Sneed from Sprint Nextel is related to the phone records provided by Sprint on November 30, 2005.  The other Declaration signed by Luis Benevida relate to the records dated January 7, 2006.  As stated in my previous letter, the government intends to seek admission of the enclosed records pursuant to Fed. R. Evid. 902(11) and 803(6).

      Please feel free to contact me at 202-307-0031 if you have any questions or concerns.

                                      Sincerely,

                                      KENNETH L. WAINSTEIN
                                      UNITED STATES ATTORNEY

                         By:    _____
                              Steven B. Wasserman
                              Assistant United States Attorney

Enclosures
cc: District Court (without attachments)