**EXHIBIT A**

**Elizabeth R. Pascual**
*Senior Forensic Chemist*

**United States Department of Justice**
Drug Enforcement Administration
Mid-Atlantic Laboratory
Largo, MD



|  |  |
|---|---|
| Employment: | Forensic Chemist, Drug Enforcement Administration, Mid-Atlantic Laboratory, Largo, MD. Duties include analyzing samples for the presence of controlled substances. April 2000 – present |
| Training: | Nine month in-house training—DEA Mid-Atlantic Laboratory. |
|  | Basic Forensic Chemist School, Justice Training Center Quantico, VA. July-August 2000 |
|  | Clandestine Laboratory Investigation and Safety, Justice Training Center, Quantico, VA. July 2000 |
|  | Interpretation of Mass Spectra, Short Course, University of Phoenix Annex, Rockville, MD. April 2001 |
| Education: | M.S. Forensic Science<br>The George Washington University, Washington, DC<br>1998-1999. |
|  | B.S. Chemistry<br>Mount Holyoke College, South Hadley, MA<br>1994-1998. |
| Related Experience: | Physical Sciences Trainee, National Institute of Standards and Technology, Gaithersburg, MD 5/99-9/99 |
|  | Internship, Massachusetts State Police Crime Laboratory, Drug Division, Sudbury, MA 1/97-2/97 |

Approximate number of analyses performed: 2500

Qualified as an expert witness in District Court: Northern West Virginia, Eastern District of Virginia, the District of Columbia, Maryland and Superior Court, District of Columbia.