

**U.S. Department of Justice**

Kenneth L. Wainstein
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

February 27, 2006

**Via Federal Express**

James Rudasill, Jr., Esq.
717 D Street, NW, Suite 310
Washington, DC 20004

     Re:  United States v. Adalberto Flores
         Case No. 05-387

Dear Counsel:

  Enclosed please find a copy of the plea proceeding transcript for Romero Morales-Mendez. Also enclosed is a copy of a notarized Declaration of Custodian of Records signed by Luis Benevides from Sprint Nextel Communications, which is related to phone records dated January 7, 2006, which have previously been disclosed in discovery. This form is intended to replace the previously disclosed Declaration of Custodian of Records signed by Mr. Benevides on February 22, 2006.

  Please feel free to contact me at 202-307-0031 if you have any questions or concerns.

               Sincerely,

               KENNETH L. WAINSTEIN
               UNITED STATES ATTORNEY


           By: _____
              Steven B. Wasserman
              Assistant United States Attorney

Enclosures
cc: District Court (without attachments)