UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. 05-387 (RWR) |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| **ADALBERTO MEJIA FLORES,** | : | 18 U.S.C. § 371 |
| | : | (Conspiracy to Commit an |
| Defendant. | : | Offense) |

FILED
MAR 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL INFORMATION

The United States Attorney charges that:

COUNT ONE

On or about September 27, 2005, within the District of Columbia, the defendant, **ADALBERTO MEJIA FLORES** and co-conspirators not charged herein, did unlawfully, knowingly and intentionally combine, conspire, confederate and agree together, with each other, with co-conspirators not charged herein, and with others known and unknown, to unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic drug controlled substance, in violation of Title 18, United States Code, Sections 371 and Title 21 United States Code Section 841.



<u>Overt Acts</u>

In furtherance of this conspiracy, the defendant and other co-conspirators, known and unknown, committed overt acts, including but not limited to the following:

1. On or about September 27, 2005, in the District of Columbia, **ADALBERTO MEJIA FLORES,** transported approximately two kilograms of cocaine to the Burger King parking lot located at 320 Florida Avenue, Northeast, Washington, which cocaine was to be distributed to a confidential informant who was working at the direction of law enforcement.

(**Conspiracy to Commit an Offense**, in violation of Title 18, United States Code, Section 371)

KENNETH L. WAINSTEIN
United States Attorney
Bar No. 451-058

STEVEN B. WASSERMAN
Assistant United States Attorney
Bar No. 453-251
Federal Major Crimes Section
555 4th Street, N.W.    Room #4241
Washington, DC 20530
(202) 307-0031

2