Ct EX 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )    Criminal No. 05-387-CO
)
Adalberto Flores )

FILED
MAR 6 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____Adalberto Flores_____
Defendant

_____[signature]_____
Counsel for defendant

I consent:

_____[signature]_____
United States Attorney

Approved:

_____[signature]_____
Judge