AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____


Ct EX
1

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 05-387-02

I, Adalberto Flores, the above named defendant, who is accused of

**FILED**
MAR 6 - 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___March 6, 2006___ prosecution by indictment and consent that the
                                    Date
proceeding may be by information rather than by indictment.

Adalberto Flores
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer