CO-290
Rev. 3/88

NOTICE OF APPEAL, CRIMINAL

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA

vs.

Adalberto Mejia Flores

Criminal No. 05 - 387-02 (RWR)

## NOTICE OF APPEAL

FILED

MAY 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and address of appellant
Adalberto Mejia Flores
4828 Spelling House Road, Harwood, MD.

Name and address of appellant's attorney
James W. Rudasill, Jr.
717 D St N.W. #310, Washington, D.C. 20004

Offense CONSPIRACY   18 USC 1371

Concise statement of judgment or order, giving date, and any sentence
On May 26, 2006, Judge Richard Roberts sentenced Flores to 45 Months Incarceration, 2 Years Supervised Release, $100.00 court costs (special assessment).

Name of institution where now confined, if not on bail
D.C. Dept. of Corrections - CDF - (Jail)

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

May 30, 2006
DATE

Adalberto Mejia Flores by counsel
APPELLANT

James W. Rudasill Jr.
ATTORNEY FOR APPELLANT.

CJA, NO FEE       X
PAID USDC FEE
PAID USCA FEE
Does counsel wish to appear on appeal?   Yes/No
Has counsel ordered transcripts?   Yes/No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes/No