HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>CR-05-0387-02</u> |
| vs. | : | SSN: |
| Flores, Adalberto | : | Disclosure Date: <u>April 19, 2006</u> |

**FILED**
**MAY 25 2006**
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____        _____
**Prosecuting Attorney**                                                              **Date**

### For the Defendant
(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

(X)    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

Adalberto Flores          05-05-06       [signature]          5-5-06
**Defendant**                 **Date**      **Defense Counsel**    **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **May 3, 2006**, to U.S. Probation Officer **Valencia Fletcher**, telephone number **(202) 565-1365**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**    Richard A. Houck, Jr., Chief
United States Probation Officer

JyH 5/11/06

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA  } | |
| } | |
| v.     } | Crim No. 05-387-02(RWR) |
| } | |
| ADALBERTO MEJIA FLORES  ) | |
| } | |

### DEFENDANT'S OBJECTIONS TO THE PRESENTENCE REPORT

COMES NOW the defendant, Aldalberto Mejia Flores, by and through counsel, and notes the following material factual inaccuracies in the Presentence Investigation Report ("PSI Report") prepared by United States Probation Officer Valecia Fletcher and filed with the Court on April 19, 2006.

### Page 2, Identifying Data- Aliases:

Defendant disputes that he has ever used an alias, and specifically denies having ever used the alias " Martin Silverio-Flores.

### Page 4, Paragraph 10 - The Offense Conduct:

This paragraph should be revised to clarify the fact that the activities referenced in Paragraph 10 to "the defendant"denotes Alfredo Medina and not Adalberto Flores.

### Page 5, Paragraph 19 - Specific Offense Characteristics:

Mr. Flores disputes that his **Base Offense Level** of **28**, should be increased **2 Levels** pursuant to USSG Sec. 2D1.1(b)(1) [the so-called "gun-bump"] because the weapon was in the co-defendant's vehicle and he had no knowledge that defendant Medina possessed the weapon. Moreover, the plea agreement entered into by this defendant and the government does not

stipulate that Mr. Flores would be held accountable for a "gun-bump" enhancement. Thus Mr. Flores' **Total Adjusted Offense Level** should be **Level 26 and not Level 28. Mr. Flores further believes that he should be given a 2-Level reduction at Paragraph 21 per USSG Sec. 3B1.2(b) as a courier of the drug, he play a "minor role" in this offense. This would result in a further reduction of this defendant's Total Offense Level to 24. At Criminal History Category-I the resultant Guidelines Sentencing range should be 51-63 months.**

Page 6, Paragraph 33 - Family and Personal Data:

Mr. Flores brother, Florentino Flores age is misstated as is 38 when he is actually only 28 years old. Mr.Oscar Flores, age 21, name was misspelled "Osar" (sic).

Respectfully submitted,

Adalberto Mejia Flores, by counsel:

James W. Rudasill, Jr. #318113
717 D Street NW, Suite 310
Washington, D.C. 20004
202-783-7908

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above Defendant's Objections to Presentence Investigation Report was served by facsimile and hand delivery to Valencia Fletcher, U.S. Probation Office, U.S. District Court for the District of Columbia, 333 Constitution Avenue N.W. Washington, D.C., 20001, and upon Assistant U.S. Attorney Steven Wasserman, Major Narcotics Section, Office of the United States Attorney for the District of Columbia, 555 Fourth Street NW, 4th Floor, Washington, D.C., 20530 on this 11th day of May, 2006

James W. Rudasill, Jr.

Steven Wasserman, Esquire
Assistant U.S. Attorney, Major Narcotics Section,
Office of the United States Attorney- DC
555 Fourth Street NW, 4th Floor,
Washington, D.C., 20530