HONORABLE RICHARD W. ROBERTS, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :   Docket No.: <u>CR-05-0387-02</u>
                                  :
vs.                               :   SSN:
                                  :
Flores, Adalberto                 :   Disclosure Date: <u>April 19, 2006</u>

**FILED**

**MAY 25 2006**

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>RECEIPT AND ACKNOWLEDGMENT OF
PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(X)   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____              ____4-24-06____
**Prosecuting Attorney**                           **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____  _____        _____  _____
**Defendant**            **Date**         **Defense Counsel**      **Date**

<u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>May 3, 2006</u>, to U.S. Probation Officer <u>Valencia Fletcher</u>, telephone number <u>(202) 565-1365</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:   Richard A. Houck, Jr., Chief
      United States Probation Officer

Receipt and Acknowledgment                                                  Page 2

Paragraph 19 – There was no evidence that defendant Flores was in possession of the firearm or knew of its presence. Accordingly, the two level enhancement should not be assessed.

Signed by: _____ AUSA
(Defendant/Defense Attorney/AUSA)

Date: 4-24-06