**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | } | |
| | } | |
| v. | } | Crim No. 05-387-02 (RWR) |
| | } | |
| Alfredo Medina, et.al., | ) | |
| **ADALBERTO MEJIA FLORES** | ) | |
| **Defendant No. 02** | ) | |
| _____ | } | |

**NOTICE OF CHANGE OF ADDRESS**

COMES NOW, James W. Rudasill, Jr., District of Columbia Bar No.318113, pursuant to

Local Criminal Rule 49.1(e)(2) and respectfully request that the Clerk of the Court amend its

records to reflect that as of July 1, 2005, the office address of the undersigned attorney for

defendant, was relocated from 601 Indiana Avenue N.W. Suite 500, Washington, D.C., 20004, to

717 D Street N.W. Suite 310, Washington, D.C., 20004.

Respectfully submitted,


_____
James W. Rudasill, Jr #318113
717 D Street, N.W.
Suite 310
Washington, D.C.  20004
(202) 783-7908


CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing Notice was served by mail on Barry Weigand, Esq.,
Assistant United States Attorney, 555 Fourth Street, NW, Washington, D.C.  20001, Fred Jones, Esq.,
Counsel for Defendant Medina and Carlos Venagas, Esq., Counsel for Defendant Luna,  Assistant
Federal Public Defender, 625 Indiana Avenue, N.W. Ste 550, Washington, D.C.  20004.

_____
James W. Rudasill, Jr.