# United States Court of Appeals
### For The District of Columbia Circuit

**No. 06-3086**  **September Term, 2006**

05cr00387-02

Filed On:

United States of America,
    Appellee

v.

Adalberto Mejia Flores,
    Appellant



### ORDER

    Upon consideration of appellant's motion to withdraw appeal, and affidavit in support thereof, it is

    **ORDERED** that the motion to withdraw be granted, and that this appeal be dismissed.

    The Clerk is directed to transmit forthwith a certified copy of this order to the district court in lieu of formal mandate.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ Mark Butler
Mark Butler
Deputy Clerk

A True Copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk